■ PEOPLE v FREDERICK MILLS, Defendant.—Motion to extend time to take appeal denied. Memorandum: There has been no improper conduct on the part of assigned counsel; he strictly complied with 22 NYCRR 1022.11 (a). Present—Callahan, J.P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE v CLAINTO CARR, Defendant.—Motion to extend time to take appeal denied. Memorandum: There was no improper conduct by defense counsel. Counsel complied with 22 NYCRR 1022.11 (a) by giving defendant the required written notice and defendant acknowledged in writing that he "did not wish to appeal". Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE v CLARENCE JOHNSON, Defendant.—Motion to extend time to take appeal denied. Memorandum: Same memorandum as in *People v Carr,* (172 AD2d 1075 [decided herewith]). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE v YVETTE LUGO, Defendant.—Motion to extend time to take appeal granted upon condition that a notice of appeal is filed and served on or before May 27, 1991. Memorandum: Defense counsel was guilty of improper conduct in failing to comply with 22 NYCRR 1022.11 (a). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE v MONTY MASSIMI, Defendant.—Motion to extend time to take appeal granted upon condition that a notice of appeal is filed and served on or before May 27, 1991. Memorandum: Defense counsel's failure to comply with our order of October 5, 1990, constitutes "improper conduct". Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE v ERIC FEDRICK, Defendant.—Motion to extend time to take appeal dismissed. Memorandum: The motion is untimely *(see,* CPL 460.30). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.